# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHANIE PAULA FARBER** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 22-CV-1817** |
| **LYNN E. FELDMAN, ESQUIRE, As Chapter 7 Trustee** | : | |
| | : | **Bankr. No. 21-12147** |

## ORDER

**AND NOW**, this 4th day of September, 2025, upon consideration of the Debtor, Stephanie Paula Farber's Appeal from the April 26, 2022 Opinion and Order of United States Bankruptcy Judge Patricia Mayer sustaining the Objection of Bankruptcy Trustee Lynn E. Feldman to the Debtor's Claim of Exemptions, it is hereby **ORDERED** that the April 26, 2022 Opinion and Order is **AFFIRMED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**Mitchell S. Goldberg,          J.**